# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



Wilhelm Machado López
v.
Orlando Rodríguez, et al

**CASE NUMBER:** 98-1320 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 3.16.00   **Docket # 18**<br>[ ] Plffs   [x] Defts   [ ] Other<br>**Title:** Motion to dismiss and/or for summary judgment | Before the Court is Defendant's motion to dismiss this claim. In his motion he raises a res judicata issue based on a claim brought by Plaintiff in local court. Defendant has failed to submit sufficient documentation from that local court case. Accordingly, the Court hereby **orders** Defendant to file by **April 12, 2000**, copies of Plaintiff's complaint, along with copies of the orders and judgments dismissing the case. Defendant should also include the orders and judgments which resolved Plaintiff's appeal. |

DATE 3/20/00

HECTOR M. LAFFITTE
Chief U.S. District Judge