UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Wilhelm Machado López
v.
Orlando Rodríguez, et al

CASE NUMBER: 98-1320 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 3.16.00   **Docket #** 18<br>[ ] Plffs   [x] Defts   [ ] Other<br>**Title:** Motion to dismiss and/or for summary judgment | To date, Plaintiff has not responded to the motion to dismiss. The Court hereby **orders** Plaintiff to show cause by **November 15, 2000**, why Defendant's motion should not be granted and this case should not be dismissed. Failure to respond by this deadline shall result in the dismissal of this case. |

DATE 10/17/2000

HECTOR M. LAFFITTE
Chief U.S. District Judge