# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Wilhelm Machado López
v.
Orlando Rodríguez, et al

CASE NUMBER: 98-1320 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:**  Docket # <br> [ ] **Plffs**  [ ] **Defts**  [ ] **Other** <br> **Title:** | In an order dated October 17, 2000, the Court ordered Plaintiff to show cause by November 15, 2000, why Defendant's motion to dismiss should not be granted and this case dismissed. The order further stated that failure to respond by this deadline would result in the dismissal of this case. *See* docket no. 26. <br><br> To date, Plaintiff has not responded to the Court's order of October 17, 2000. Accordingly, this case is hereby dismissed. Judgment shall be entered accordingly. |

DATE 11/17/00

HECTOR M. LAFFITTE
Chief U.S. District Judge


