## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Wilhelm Machado López
    v.
Orlando Rodríguez, et al

**CASE NUMBER:** 98-1320 (HL)

### JUDGMENT

The Court having entered an order on this same date, judgment is hereby entered dismissing this case.

DATE 11-17-00

HECTOR M. LAFFITTE
Chief U.S. District Judge


